1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  Mrs. Ed Loyha,

11              Plaintiff,                    CIV S-05-1758-CMK

12        vs.

13  JO ANNE B. BARNHART,                      <u>ORDER</u>
    Commissioner of Social Security,
14
                Defendant.
15
    _____/
16

17              Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma

18  pauperis.  Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is

19  unable to prepay fees and costs or give security for them.  However, plaintiff's affidavit, which

20  was submitted electronically, does not bear an electronic signature.  Local Rule 7-131(f) requires

21  that documents that are required to be signed by a person who is not the attorney of record in a

22  case, such as affidavits, may be "submitted in electronic format bearing a '/s/' and the person's

23  name on the signature line along with a statement that counsel has a signed original, e.g. '/s/'

24  John Doe (original signature retained by attorney Mary Roe)."  Plaintiff's affidavit contains

25  nothing on the signature line.

26  ///

1           In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall

2   submit, within thirty days from the date of this order, an affidavit in support of her request to

3   proceed in forma pauperis that complies with Local Rule 7-131(f).  Failure to do so may result in

4   the dismissal of this action.

5

6   DATED:   October 19, 2005.

7

8   _____
    **CRAIG M. KELLISON**

9   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26