IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MRS. ED LOYHA,

    Plaintiff,

No. CIV. S-05-1758 CMK

vs.

JO ANNE B. BARNHART,
Commissioner of
Social Security,

    Defendant.         ORDER
_____/

        Currently before the court is plaintiff's "Motion to Vacate Order to Show Cause Pursuant to Rule 60(b)." On October 21, 2005, the court ordered plaintiff to, within thirty days from the date of the order, submit an affidavit in support of her request to proceed in forma pauperis. Plaintiff never submitted the affidavit. The court never issued an order to show cause in this case.

///

///

///

///

///

1

Accordingly, IT IS ORDERED that:

1. Plaintiff's "Motion to Vacate Order to Show Cause Pursuant to Rule 60(b)" (doc. 6) is denied as unnecessary; and

2. Plaintiff is granted thirty days from the date of this order to submit an affidavit in support of her request to proceed in forma pauperis, which complies with Local Rule 7-131(f). Plaintiff is cautioned that failure to comply with this order may result in dismissal of this action. See Local Rule 11-110.

DATED:   January 25, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2