BESS M. BREWER, #100364
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MRS. ED LOYHA** | Case No. CIV-05-1758 CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **JO ANNE B. BARNHART** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of August 25, 2006 to August 30, 2006. This extension is required due to plaintiff's attorney's heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  August 23, 2006 | /s/Bess M. Brewer |
| | | BESS M. BREWER |
| 3 | | Attorney at Law |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | Dated: August 23, 2006_____ | McGregor W. Scott |
| | | United States Attorney |
| 7 | | |
| 8 | | By: /s/Bobbie J. Montoya |
| | | BOBBIE J. MONTOYA |
| 9 | | Assistant U.S. Attorney |
| 10 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:   August 28, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2