IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MRS. ED LOYHA,

        Plaintiff,                    No. CIV. S-05-1758 CMK

    vs.

MICHAEL J. ASTRUE,             ORDER TO SHOW CAUSE
Commissioner of
Social Security,

        Defendant.
_____/

        The parties were directed to return to the Clerk, within 90 days from the date this action was filed, the form titled "Consent to Assignment or Request for Reassignment." The time has passed, and plaintiff has failed to return the form.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within 10 days from the date this order is filed, plaintiff is directed to SHOW CAUSE why the form was not timely returned to the Clerk.

/////

/////

/////

/////

1

1    2. The Clerk of Court is directed to serve a copy of this order on Bobbie
2 Montoya, Assistant United States Attorney.

4 DATED: April 13, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE