IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MRS. ED LOYHA,

        Plaintiff,          No. CIV. S-05-1758 CMK

        vs.

MICHAEL J. ASTRUE,         <u>ORDER DISCHARGING ORDER</u>
Commissioner of
Social Security,         <u>TO SHOW CAUSE</u>

        Defendant.
_____/

        On April 16, 2007, plaintiff consented to jurisdiction by a United States Magistrate Judge. Accordingly, the April 13, 2007, order to show cause is discharged.

        IT IS SO ORDERED.

DATED: April 17, 2007.

        _____
        **CRAIG M. KELLISON**
        UNITED STATES MAGISTRATE JUDGE

1